UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Jose L. Linares

v. : Crim. No. 13-407

ROBERT FIORELLO and : ORDER OF DISMISSAL
WILLIAM PANZERA

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the District of New Jersey hereby dismisses the Indictment, Criminal No. 13-407(JLL), against defendants Robert Fiorello and William Panzera, which was filed on June 17, 2013, and which charged defendants with violating Title 18, United States Code, Sections 894 and 1962, because further prosecution is not in the best interest of the United States at this time.

    This dismissal is without prejudice

PAUL J. FISHMAN
UNITED STATES ATTORNEY

    Leave of Court is granted for the filing of the foregoing dismissal.

HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

Dated: September 4, 2013